

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Luis Angel Martinez Hernandez

No. 06-23-00207-CR

Appeal from the County Court of Kinney County, Texas (Tr. Ct. No. 10984CR). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the trial court's order denying Hernandez's requested relief on his application for a writ of habeas corpus and remand the cause for further proceedings consistent with the precedent of the Fourth Court of Appeals.

We note that the appellant, Luis Angel Martinez Hernandez, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 5, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk